Marie POWELL, Plaintiff–Appellant,

v.

NATIONAL BOARD OF MEDICAL EXAMINERS, University of Connecticut School of Medicine, Bruce M. Koeppen, Defendants–Appellees.

No. 02–9385.

United States Court of Appeals, Second Circuit.

Argued Oct. 7, 2003.

Decided April 7, 2004.

Errata Filed Sept. 16, 2004.

Aaron David Frishberg, Esq., Law Office of Aaron D. Frishberg, Esq., New York, NY, for Plaintiff–Appellant.

Sarah Moore Fass, Esq., Day, Berry & Howard, Stamford, CT, Albert Zakarian, Esq., Day, Berry & Howard Cityplace I,

Hartford, CT, Jane D. Comerford, Esq., University of Conn. Health Center, Assistant Attorney General, Farmington, CT, for Defendants–Appellees.

Before WALKER, Chief Judge, NEWMAN, and CARDAMONE, Circuit Judges.

ERRATA

The opinion of this Court issued on April 7, 2004, cited at 364 F.3d 79 is corrected as follows:

At Slip Op. 2672 [364 F.3d at 85] delete last sentence on the page:

"Because both UConn and the National Board receive federal funding, they are subject to the provisions of the Rehabilitation Act."